**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH DORR,

        Plaintiff,

                                        CASE NO. 05-73074
v.                                        HON. LAWRENCE P. ZATKOFF

CITY OF ECORSE, et. al.,

        Defendants.
_____/

## ORDER ASSESSING SANCTIONS AGAINST PLAINTIFF

On July 12, 2006, the Court ordered Plaintiff to Show Cause: "(1) why Plaintiff failed to appear at the July 11, 2006 Final Pre-Trial Conference, (2) why Plaintiff should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), and (3) why Plaintiff's action should not be dismissed for failure to prosecute." Plaintiff responded on July 20, 2006.

The Court remains dissatisfied with Plaintiff's failure to attend the July 11, 2006 Final Pre-Trial Conference. The Final Pre-Trial Conference was scheduled on November 9, 2005 pursuant to the Court's scheduling Order. Plaintiff's failure to attend is inexcusable. Accordingly, pursuant to Rule 16(f) of the Federal Rules of Civil Procedure, the Court HEREBY ORDERS Plaintiff to pay Defendants' attorney fees and costs incurred in attending the July 11, 2006 Final Pre-Trial Conference. Additionally, the Court HEREBY RESCHEDULES the Final Pre-Trial Conference in this case for September 7, 2006 at 10 a.m, at the Port Huron Courthouse.

IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 9, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record **by electronic and U.S. mail** on August 9, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290